October 8, 2024

**VIA ECF**

The Honorable Thérèse Wiley Dancks
United States Magistrate Judge
U.S. District Court
100 S. Clinton Street
Syracuse, NY 13261

  **Re:** ***Amy Schneider and Erika Opgenorth v. Colgate-Palmolive Company and CP
     Skin Health Group, Inc.*, Civil Action No. 5:22-CV-1294 (DNH/TWD)**

Dear Judge Dancks:

  Plaintiffs plan to dismiss this action and the parties are in the process of preparing an
appropriate stipulation of dismissal.  The parties will file their stipulation of dismissal, or provide
the Court with a further update, no later than November 7, 2024.

Respectfully submitted,

By:___s/Benjamin Heikali_____    By:_____s/ Nilda M. Isidro_____
Robert Abiri (SBN 238681)         Nilda M. Isidro (Bar Roll No. 516273)
**CUSTODIO & DUBEY, LLP**       **GREENBERG TRAURIG, LLP**
445 S. Figueroa Street, Suite 2520     One Vanderbilt Avenue
Los Angeles, California 90071      New York, New York 10017
Tel.: (213) 593-9095         Tel: (212) 801-9200
Fax: (213) 785-2899         Fax: (212) 801-6400
Email: abiri@cd-lawyers.com      Email: nilda.isidro@gtlaw.com

Benjamin Heikali (*pro hac vice*)      Keith E. Smith (Bar Roll No. 700611)
**TREEHOUSE LAW, LLP**        1717 Arch Street, Suite 400
10250 Constellation Blvd, Suite 100    Philadelphia, Pennsylvania 19103
Los Angeles, California 90067      Tel: (215) 988-7800
Tel.: (310) 751-5928         Fax:  (215) 988-7801
Email: bheikali@treehouselaw.com    Email: smithkei@gtlaw.com

*Attorneys for Plaintiffs and the Putative*   Jaclyn DeMais (Bar Roll No. 704725)
*Class*               500 Campus Drive, Suite 400
               Florham Park, New Jersey 07932
               Tel: (973) 360-7900
               Fax: (973) 301-8410
               Email: demaisj@gtlaw.com

               *Attorneys for Defendants Colgate-Palmolive
               Company and CP Skin Health Group, Inc.*

The Honorable Thérèse Wiley Dancks
Page 2


cc:     Hon. David N. Hurd, U.S. District Judge (*via ECF*)
        All parties of record (*via ECF*)