UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

Amy Schneider and Erika Opgenorth, on behalf of themselves and all others similarly situated,

              Plaintiffs,

  v.

Colgate-Palmolive Company and CP Skin Health Group, Inc.,

              Defendants.

---------------------------------------------------------- x

CASE NO.: 5:22-CV-1294 (DNH/TWD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Amy Schneider and Erika Opgenorth ("Plaintiffs"), and Defendants Colgate-Palmolive Company and CP Skin Health Group, Inc. ("Defendants") (collectively, the "Parties"), hereby request that the Court dismiss the above-entitled action, with prejudice as to all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: __October 21, 2024__

DATED:  October 21, 2024

| | |
|---|---|
| By: s/ Robert Abiri<br>Robert Abiri (SBN 238681)<br>**CUSTODIO & DUBEY, LLP**<br>445 S. Figueroa Street, Suite 2520<br>Los Angeles, California 90071<br>Tel.: (213) 593-9095<br>Fax: (213) 785-2899<br>abiri@cd-lawyers.com<br><br>By: s/ Benjamin Heikali<br>Benjamin Heikali (*pro hac vice*)<br>**TREEHOUSE LAW, LLP**<br>10250 Constellation Blvd, Suite 100<br>Los Angeles, California 90067<br>Tel.: (310) 751-5928<br>bheikali@treehouselaw.com<br><br>*Attorneys for Plaintiffs and the Putative Class* | By: s/Nilda M. Isidro<br>Nilda M. Isidro (Bar Roll No. 516273)<br>**GREENBERG TRAURIG, LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400<br>Email: nilda.isidro@gtlaw.com<br><br>Keith E. Smith (Bar Roll No. 700611)<br>1717 Arch Street, Suite 400<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 988-7800<br>Fax: (215) 988-7801<br>Email: smithkei@gtlaw.com<br><br>Jaclyn DeMais (Bar Roll No. 704725)<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Tel: (973) 360-7900<br>Fax: (973) 301-8410<br>Email: demaisj@gtlaw.com<br><br>*Attorneys for Defendants Colgate-Palmolive Company and CP Skin Health Group, Inc.* |